## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: SCOTT HUYE** | **CASE NO: 13-11502** |
| **DEBTOR** | **CHAPTER 13 CASE** |

### ORDER DIRECTING DEPOSIT INTO TREASURY

**CONSIDERING** the Motion by Trustee to Deposit Funds into the Treasury filed by Annette C. Crawford, Trustee**;**

**IT IS ORDERED** that unclaimed funds in which the debtor, Ally Financial, and Salsbury's Dodge may have an interest, in the total amount of $6,262.30, be deposited into the Treasury of the United States in accordance with 28 U.S.C. §2041 by issuing a check payable to the United States Bankruptcy Court, Middle District of Louisiana, in the sum of $6,262.30.

Baton Rouge, Louisiana, August 20, 2015.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE